## Case No. 1,802.

### BRAGG v. PORTLAND.

[Cited in Walker v. City of Terre Haute, 44 Fed. 74. Nowhere reported; opinion not now accessible.]

## Case No. 1,803.

### BRAGG v. SAN JOSE.

#### Circuit Court, N. D. California.

PATENTS—AUTOMATIC GONG ATTACHMENT FOR FIRE ENGINE HOUSES.

[Patent No. 173,261 was granted to Robert Bragg July 13, 1875, for a combination with a fire-alarm gong, for automatically releasing fire-engine horses from their stalls, and reissued January 4, 1876,—No. 6,831.
[This suit appears to have been brought against the city of San Jose to restrain infringement of the patent, and for damages and an accounting, and a decree rendered therein for complainant.
[Cited in Bragg v. City of Stockton, 27 Fed. 509; Walker v. City of Terre Haute, 44 Fed. 74.

[Nowhere reported; opinion not now accessible.]